**WU ZHANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 13–70957.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Oct. 3, 2014.

Zhou Min Wang, Law Office of Zhou Wang, New York, NY, for Petitioner.

Lance Lomond Jolley, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Wu Zhang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Zhang's motion to reopen because it was untimely and number-barred, *see* 8 C.F.R. § 1003.2(c)(2), and Zhang failed to demonstrate that he qualified for the exception to the time and numerical limitations for filing motions to reopen based on materially changed circumstances arising in China, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 987 (evidence must be "qualitatively different" from the evidence presented at the previous hearing). Zhang's contention that the BIA did not make a careful and individualized determination, and his contention that the BIA did not carefully consider the background materials he submitted are not supported by the record.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.